1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUSTIN LOPEZ,

         Plaintiff,

   v.

AMERICOLD LOGISTICS, LLC,

         Defendant.

Case No. 1:20-cv-00308-NONE-EPG

ORDER RE: JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

(ECF No. 6)

    The parties have filed a stipulation to continue the scheduling conference and all other deadlines (ECF No. 6) pending a ruling in *Contreras v. Americold Logistics, LLC*, case no. 5:19-cv-00641-GW (SHK), a proposed class action pending in the United States District Court for the Central District of California.

    According to the parties, a settlement has been reached in the *Contreras* class action, and a motion for preliminary approval of the *Contreras* class action settlement is pending and has been taken under submission by the presiding district court judge. The *Contreras* class action settlement, if approved, appears to cover all claims asserted in the present action, and Plaintiff Lopez is a putative class member in the *Contreras* class action. At this time, Lopez does not know whether he will opt out of, object to, or participate in the *Contreras* class action settlement. The

1

parties request that the scheduling conference in the present case be continued until after the motion for preliminary approval of the proposed *Contreras* class action settlement has been ruled on. The Court finds good cause for and will accordingly grant a continuance of the scheduling conference.

IT IS ORDERED that the mandatory initial scheduling conference, currently set for May 5, 2020, is continued to **September 9, 2020, at 10:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:  **April 28, 2020**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2