COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: ckerestenzis@beesontayer.com
Email: skanbar@beesontayer.com
Attorneys for Plaintiff JUSTIN LOPEZ and Putative Class

REBECCA ARAGON, Bar No. 134496
raragon@littler.com
E. CLIFTON MARTIN, Bar No. 227357
cmartin@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:    213.443.4300
Fax No.:        213.443.4299

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOPEZ, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Company; and DOES ONE through TEN,<br><br>Defendants. | Case No.  1:20-CV-00308-NONE-EPG<br><br>**[CLASS ACTION]**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE  AND ALL OTHER DEADLINES FROM SEPTEMBER 9, 2020 TO A DATE AFTER OCTOBER 14, 2020**<br><br>**(ECF No. 9)** |

Pursuant to Local Rule 143, Plaintiff Justin Lopez (hereinafter, "Plaintiff Lopez") and Defendant Americold Logistics, LLC (hereinafter, "Americold" or "Defendant") (Plaintiff Lopez and Defendant shall be collectively referred to herein as the "Parties"), acting by and through their respective counsel of record, hereby enter into this Joint Stipulation To Continue the Initial Scheduling Conference And All Other Deadlines From September 9, 2020 to a Date After October 14, 2020 ("Joint Stipulation to Continue Initial Scheduling Conference") based on the following:

1. On January 16, 2020, Plaintiff Lopez filed the case entitled *JUSTIN LOPEZ, on behalf of himself and others similarly situated, Plaintiff, v. AMERICOLD LOGISTICS, LLC., a Delaware Company; and DOES ONE through TEN, Defendant,* Stanislaus County Superior Court Case No. CV-20-000412 (the "Lopez Complaint" or "Lopez Action"). The Lopez Complaint included various wage and hour claims, and a representative claim under the Labor Code Private Attorney General Act ("PAGA") seeking various civil penalties on behalf of a group of alleged aggrieved employees who worked for Defendant. Plaintiff Lopez asserts seven causes of action on behalf of the following class of individuals: "all current and former employees . . . who are or have been employed by Defendant in Defendant's Modesto warehouse as non-exempt hourly workers, who regularly perform work as warehouse order selectors, warehousemen, or other similar titles to include work done in the warehouse . . ." See Lopez Complaint at ¶ 15.

2. Defendant Americold filed an answer and affirmative defenses to the Lopez Complaint on February 26, 2020. On February 27, 2020, Defendant filed a Notice of Removal. The Lopez Action is currently pending in the U.S. District Court for the Eastern District of California as referenced in the caption of this Joint Stipulation to Continue Initial Scheduling Conference. Neither party has served any discovery or filed any motions.

3. The Lopez Action is related to another pending class action. On February 22, 2019, Plaintiff Jose Contreras ("Contreras") filed a complaint against Americold in the Superior Court of the State of California for the County of San Bernardino, *Jose Contreras, on behalf of himself and other similarly-situated employees, Plaintiff v. Americold Logistics, LLC*, *Defendant*, originally filed as Case No. CIVDS1905720 (*Contreras I*). On behalf of himself and a putative class, Contreras alleged causes of action against Americold for: (1) Failure to Pay Minimum Wages; (2) Failure to

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Pay Overtime Wages; (3) Failure to Pay All Vacation Wages; (4) Failure to Provide Meal Periods; (5) Failure to Provide Accurate Itemized Wage Statements; (6) Failure to Pay Wages Timely to Terminated Employees; and (7) Unfair Competition Law Claim. Contreras sought to represent all individuals employed by Americold in the State of California as non-exempt employees at any time from February 22, 2015 through trial of *Contreras I*.

4. On April 9, 2019, Americold answered the Complaint in *Contreras I*. On April 10, 2019, Americold removed *Contreras I* to the United Stated District Court for the Central District of California, The Honorable George H. Wu presiding, Case No. 5:19-cv-00641-GW (SHKx).

5. On May 2, 2019, Plaintiff Contreras filed a second complaint against Americold in the Superior Court of the State of California for the County of San Bernardino, *Jose Contreras v. Americold Logistics, LLC*, originally filed as Case No. CIVDS1913523 under the Private Attorneys General Act ("PAGA") ("*Contreras II*"). On behalf of current and former non-exempt employees of Americold, Plaintiff Contreras alleged various wage and hour violations under the PAGA.

6. On June 17, 2019, pursuant to a joint stipulation, the District Court granted Plaintiff Contreras permission to file a First Amended Complaint in *Contreras I*, effectively incorporating *Contreras II* into *Contreras I* (*Contreras I and Contreras II* collectively referred to herein as "*Contreras*").

7. Though Defendant Americold specifically denied (and continues to deny) all liability in *Contreras,* the parties in *Contreras* participated in a mediation on December 18, 2019, at which time the parties in *Contreras* settled the *Contreras* actions. The settlement occurred before the Lopez Complaint was filed, and covers all class claims asserted in the Lopez Complaint, pending approval by the United Stated District Court Judge Wu in *Contreras*.

8. On March 13, 2020, Plaintiff in *Contreras* filed a Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion"). (Contreras Dkt. 30). On March 27, 2020, the Court informed the parties in *Contreras* the Preliminary Approval Motion was taken under submission. (Contreras Dkt. 31).

9. Plaintiff Lopez is a putative class member in the *Contreras* class action. Upon the Central District Court's preliminary approval of the class settlement in *Contreras,* Plaintiff Lopez

3.

will receive a notice of class settlement and be given a time to consider the settlement and accept it, opt out or object. The *Contreras* class action settlement, if approved, covers all claims asserted in the *Lopez* action. At this time, Plaintiff Lopez asserts he does not know whether he will opt out of, object to, or participate in the Contreras class action settlement.

10. On April, 28, 2020, the Parties in *Lopez* filed a Joint Stipulation to Continue FRCP Rule 26(f) Conference and All Other Deadlines Pending Ruling on Related Class Action (Lopez Dkt. 6) pending a ruling on the Preliminary Approval Motion in *Contreras*. As set forth in that stipulation, a settlement has been reached in the *Contreras* and the Preliminary Approval Motion was pending. As of the April 28, 2020, date the Parties entered into that stipulation, the Preliminary Approval Motion had been taken under submission by the Court in *Contreras*. In that stipulation to continue, the Parties requested that the scheduling conference in *Lopez* be continued until after the Preliminary Approval Motion of the *Contreras* class action settlement was ruled on. On April 29, 2020, this Court granted a continuance of the scheduling conference in *Lopez* and set September 9, 2020 as the date for the *Lopez* scheduling conference. (Lopez Dkt. 8).

11. On August 6, 2020, U.S. District Court Judge Wu issued a tentative ruling on the Preliminary Approval Motion in *Contreras* and set an August 10, 2020 hearing to address the tentative ruling. (Contreras Dkt. 33). Although Judge Wu did not grant the Preliminary Approval Motion in his tentative ruling, at the August 10 hearing Judge Wu requested that Plaintiff in *Contreras* provide supplemental briefing on certain factual issues presented in the Preliminary Approval Motion by August 27, 2020 and set September 3, 2020 as the date for a further hearing on the pending Preliminary Approval Motion. (Contreras Dkt. 33).

12. The Parties do not know whether Judge Wu will issue a final ruling on the Preliminary Settlement Approval Motion at the September 3, 2020 hearing, whether he will take the motion under submission, or whether he will issue other orders. Therefore, out of an abundance of caution and to provide Plaintiff Lopez an opportunity to determine whether he will opt out of, object to, or participate in the *Contreras* class action settlement, and in the interest of efficiency and the conservation of the Parties' and the Court's resources, the Parties hereby stipulate and agree, subject to Court approval in *Lopez*, that the scheduling conference and all other pending deadlines in *Lopez*

be continued to a date no earlier than October 14, 2020.

Dated: August 26, 2020

　　　　　　　　　　　　　　　*/s/ Sarah S. Kanbar*
COSTA KERESTENZIS
SARAH S. KANBAR
BEESON, TAYER & BODINE, APC
Attorneys for Plaintiff
JUSTIN LOPEZ

Dated: August 26, 2020

　　　　　　　　　　　　　　　*/s/ Rebecca Aragon*
REBECCA ARAGON
E. CLIFTON MARTIN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

5.

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 9), as set forth above, and finding good cause exists, IT IS ORDERED that the scheduling conference, currently set for September 9, 2020, is continued to **November 3, 2020, at 10:00 a.m.** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **August 27, 2020**      /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE