UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOPEZ, on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Company; and DOES ONE through TEN,<br><br>　　　　　　　Defendants. | Case No.  1:20-cv-00308-NONE-EPG<br><br>**[CLASS ACTION]**<br><br>**ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ALL OTHER DEADLINES**<br><br>**(ECF No. 11)** |

Pursuant to the stipulation of the parties (ECF No. 11), and finding good cause exists, IT IS ORDERED that the Scheduling Conference, currently scheduled for November 3, 2020, is continued to March 18, 2021, at 9:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

　　Dated:  __**October 28, 2020**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE