COSTA KERESTENZIS, SBN 186125
ckerestenzis@beesontayer.com
SARAH S. KANBAR, SBN 315443
skanbar@beesontayer.com
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:     (916) 325-2120

Attorneys for Plaintiff JUSTIN LOPEZ

REBECCA ARAGON, Bar No. 134496
raragon@littler.com
E. CLIFTON MARTIN, Bar No. 227357
cmartin@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:     213.443.4300
Fax No.:       213.443.4299

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOPEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Company; and DOES ONE through TEN,<br><br>Defendants. | Case No. 1:20-CV-00308-NONE-EPG<br><br>**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE FOR 30 DAYS**<br><br>Hearing Date:     March 18, 2021<br>Hearing Time:    9:30 A.M.<br>Courtroom:        10<br>Judge:            Erica P. Grosjean<br>Complaint Filed:  January 16, 2020<br>Trial Date:       Not Set |

Pursuant to Local Rule 143, Plaintiff Justin Lopez (hereinafter, "Plaintiff Lopez") and Defendant Americold Logistics, LLC (hereinafter, "Americold" or "Defendant") (Plaintiff Lopez and Defendant shall be collectively referred to herein as the "Parties"), acting by and through their respective counsel of record, hereby enter into this Joint Stipulation To Continue the Initial Scheduling

1

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING
CONFERENCE FOR 30 DAYS

Case No. 1:20-CV-00308-NONE-EPG

20cv308.Lopez.o.stip to continue
initial sched
conf.NONE.EPG.sas.docx

Conference For 30 Days ("Joint Stipulation to Continue Initial Scheduling Conference") based on the following:

1.      As this Court is aware, this case is related to *Jose Contreras v. Americold Logistics, LLC*, Case No. 5:19-cv-00641-GW (SHKx) before the United States District Court for the Central District of California.  The *Contreras* case alleges identical claims and causes of action as this case, including failure to provide a second meal break, among others.  The *Contreras* settlement included the putative class members in the instant case.

2.      On or about December 1, 2020, Plaintiff Lopez opted-out of the settlement in *Contreras* to pursue his own individual claim.

3.      On March 11, 2021, the Honorable Judge George H. Wu heard the Motion for Final Approval of the class settlement in *Contreras* and granted the Motion.

4.      On March 11, 2021, the Parties in the instant case reached a settlement of Plaintiff Lopez's individual claim.  The Parties are now in the process of finalizing the terms of the settlement in a written agreement.

5.      While the Parties believe that this matter is resolved, the Parties will require additional time to prepare and file the appropriate paperwork for this Court to dismiss the class claims, approve the individual settlement and dismiss the individual case.

6.      Therefore, in the interest of efficiency and the conservation of the Parties' and the Court's resources, the Parties hereby stipulate and agree that the scheduling conference be continued for 30 days after March 18, 2021, to provide the Parties with time to file paperwork with this Court to approve the settlement and dismiss this case.

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING
CONFERENCE FOR 30 DAYS

20cv308.Lopez.o.stip to continue
initial sched
conf.NONE.EPG.sas.docx

Case No. 1:20-CV-00308-NONE-EPG

1   Dated: March 11, 2021

2

3                                          /s/ Sarah S. Kanbar
                                           COSTA KERESTENZIS
4                                          SARAH S. KANBAR
                                           BEESON, TAYER & BODINE, APC
5                                          Attorneys for Plaintiff
                                           JUSTIN LOPEZ
6   Dated: March 11, 2021

7

8                                          /s/ Rebecca Aragon (as authorized on March
                                           11, 2021)
9                                          REBECCA ARAGON
                                           E. CLIFTON MARTIN
10                                         Littler Mendelson, P.C.
                                           Attorneys for Defendant
11                                         AMERICOLD LOGISTICS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                              3
JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING        20cv308.Lopez.o.stip to continue
CONFERENCE FOR 30 DAYS                                                      initial sched
                                                                        conf.NONE.EPG.sas.docx

Case No. 1:20-CV-00308-NONE-EPG

**ORDER**

Pursuant to the parties' stipulation (ECF No. 13), IT IS ORDERED that the Initial Scheduling Conference, currently scheduled for March 18, 2021, is continued to April 27, 2021, at 10:30 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

As this is the parties' fourth request to continue the Initial Scheduling Conference, if the parties request any further continuances the Court may convert the Initial Scheduling Conference to a Status Conference to better understand the delay.

Additionally, it appears from the stipulation that this action may have been settled or otherwise resolved by agreement of the parties. If so, the parties are directed to promptly file a notice of settlement in compliance with Local Rule 160. If the parties file a notice of settlement, all pending dates, including the Initial Scheduling Conference, will be vacated and the court will set a deadline for filing dispositional documents. *See* Local Rule 160(b).

IT IS SO ORDERED.

Dated:   **March 12, 2021**                           /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING
CONFERENCE FOR 30 DAYS

Case No. 1:20-CV-00308-NONE-EPG

20cv308.Lopez.o.stip to continue
initial sched
conf.NONE.EPG.sas.docx